# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-5136                                        September Term, 2007

07cv00525

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

Filed On:

Vincent Faustino Rivera,
          Appellant

v.

Bob Gates, U.S. Secretary of Defense, et al.,
          Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   OCT 17 2007

CLERK

**BEFORE:** Ginsburg, Chief Judge, and Henderson and Tatel, Circuit Judges

## ORDER

Upon consideration of the motion for reconsideration of the <u>per curiam</u> order filed July 13, 2007, requiring payment (to the district court) of the $455 filing and docketing fees within 30 days of the date of that order or risk dismissal of the appeal for lack of prosecution, it is

**ORDERED** that the motion for reconsideration be denied. It is

**FURTHER ORDERED**, on the court's own motion, that this appeal be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38. Appellant has not complied with the July 13th order requiring him to pay the $455 fees, nor has he offered any reasonable explanation for his failure to do so.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY: [signature]
Deputy Clerk/LD

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk